## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| ALVARO MARTINEZ-FELIX, Institutional ID No. 17765-030 | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.  5:21-CV-00282-C |
| MANAGEMENT & TRAINING CORPORATION (MTC), *et al.*, | § § § § | |
| Defendants. | § | |

## JUDGMENT

The Court has entered its Order Accepting the Report and Recommendation of the United States Magistrate Judge in this case.  IT IS ORDERED, ADJUDGED, AND DECREED that:

1)  Plaintiff's FTCA and state-law claims are **DISMISSED** without prejudice, and

2)  Plaintiff's remaining claims are **DISMISSED** with prejudice for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Dated September 19, 2022.

SAM R. CUMMINGS
Senior United States District Judge